1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY RABKIN (CSBN 189798)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7167
7
   Attorneys for Plaintiff
8

FILED
SEP 22 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,    ) Crim. No. 10-678 (CRB)
                                  )
13 |    Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER
                                  ) EXCLUDING TIME UNDER SPEEDY TRIAL
14 | v.                           ) ACT FROM SEPTEMBER 21, 2010 TO
                                  ) SEPTEMBER 29, 2010
15 | MAHER TALAL MUHAWIEH,        )
                                  )
16 |    Defendant.                )
                                  )
17

18      The parties appeared before the Honorable Bernard Zimmerman on September 21,
19 2010. This matter is currently scheduled for an initial status conference before United
20 States District Judges Charles R. Breyer on September 29, 2010 With the agreement of
21 counsel for both parties, the Court finds and holds as follows:
22      1. The government will begin producing voluminous discovery in this matter
23 shortly. The parties have also begun discussing a disposition that will address the charges
24 currently pending in this Court
25      2. The parties agree to an exclusion of time under the Speedy Trial Act from
26 September 21, 2010 to September 29, 2010, in light of the need for defense counsel to
27 review discovery material. Failure to grant the requested continuance would
28 unreasonably deny defense counsel reasonable time necessary for effective preparation,

STIP & [PROP.] ORDER
CR 10-678 (CRB)                          1

1  taking into account the exercise of due diligence, and would deny the defendant
2  continuity of counsel.
3     3. Given these circumstances, the Court finds that the ends of justice served by
4  excluding the period from September 21, 2010 to September 29, 2010, outweigh the best
5  interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
6  Accordingly, and with the consent of the defendant, the period from September 21, 2010
7  to September 29, 2010, shall be excluded from Speedy Trial Act calculations under 18
8  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

    IT IS SO STIPULATED.

DATED: September 21, 2010
                                          /s/
                                          JEFFREY RABKIN
                                          Assistant United States Attorney

DATED: September 21, 2010
                                          /s/
                                          STUART HANLON, ESQ.
                                          Attorney for Defendant

**IT IS SO ORDERED.**

DATED: 22 Sept 2010
                                          HON. BERNARD ZIMMERMAN
                                          United States Magistrate Judge

STIP & [PROP.] ORDER
CR 10-678 (CRB)                              2