UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAHER TALAL MUHAWIEH,<br><br>    Defendant. | CASE NO. 10-0678 CRB<br><br>[PROPOSED] ORDER |

For the reasons set forth in the Stipulation Regarding Restitution, and other good cause appearing, IT IS HEREBY ORDERED THAT the Judgment in this matter shall be amended to reflect that defendant is ordered to pay $11,435,818 in restitution, and that amount is to be distributed to victims in the individual amounts and percentages set forth in Exhibit 1 to the Stipulation Regarding Restitution.

//

DATED:     April 4, 2014

_____
CHARLES R. BREYER
United States District Court Judge

STIP. RE: RESTITUTION;
CR 10-0678 CRB